# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARGARET ANN MANNION,<br><br>　　　　Debtor.<br><br>SELENE FINANCE, LP, AS SERVICER FOR ANTHIUM, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br><br>　　　　Movant.<br>　　　　　v.<br><br>MARGARET ANN MANNION, DEBTOR; AND RONDA J. WINNECOUR, TRUSTEE<br><br>　　　　Respondents. | Bankruptcy Case No.: 18-24662-JAD<br><br>Chapter: 13<br><br>Related to Document Nos.: 46, 47 |

## **CERTIFICATE OF SERVICE**

　　　　I, the undersigned, certify under penalty of perjury that I served, a copy of the following papers were served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service on **August 19, 2019**.

1. Motion of Selene Finance, LP, as servicer for Anthium, LLC, its successors and/or assigns Pursuant To Section 362(D) of The Bankruptcy Code, Rules 4001 And 9014 of The Federal Rules of Bankruptcy Procedure For Relief From The Automatic Stay
2. Notice of Hearing And Response Deadline Regarding Motion of Selene Finance, LP, as servicer for Anthium, LLC, its successors and/or assigns Pursuant To Section 362(D) of The Bankruptcy Code, Rules 4001 And 9014 of The Federal Rules of Bankruptcy Procedure For Relief From The Automatic Stay
3. Proposed Order Granting Motion for Relief From Automatic Stay
4. Exhibits

**Method of Service**: U.S. first class Mail, postage pre-paid envelope.

**Margaret Ann Mannion**
4320 Stanley Street
Pittsburgh, PA 15207
**Debtor via First-Class Mail**


**Michael S. Geisler**
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
**Attorney for Debtor via First-Class Mail**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Trustee via First-Class Mail**

**U.S. Trustee via First-Class Mail**
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


**Parties that are requesting for Notices via First-Class Mail:**
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Keri P. Ebeck
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
Attorney for Duquesne Light Company

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 North Lincoln Avenue
Pittsburgh, PA 15233

Jeffrey R. Hunt, Esq.
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

James C. Warmbrodt, Esquire
KML Law Group, P.C. BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Copies were also transmitted electronically via ECF to:
- Keri P. Ebeck on behalf of Creditor Duquesne Light Company
  kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com

- Michael S. Geisler on behalf of Debtor Margaret Ann Mannion
  m.s.geisler@att.net,msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

- Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
  jhunt@grblaw.com, cnoroski@grblaw.com

- Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

- S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
  sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

- Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com


EXECUTED ON: August 19, 2019

By:    /s/ Lisa Cancanon
       Lisa Cancanon
       Weinstein & Riley, P.S.
       Bar ID: 323550
       11101 West 120th Avenue #280
       Broomfield, CO 80021
       Telephone: (303) 539-8600
       Facsimile: (206) 269-3493
       Email: lisac@w-legal.com
       Attorneys for Movant
