# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARGARET ANN MANNION,<br><br>      Debtor.<br><br>SELENE FINANCE, LP, AS SERVICER FOR ANTHIUM, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br><br>      Movant.<br>      v.<br><br>MARGARET ANN MANNION, DEBTOR; AND RONDA J. WINNECOUR, TRUSTEE<br><br>      Respondents. | Bankruptcy Case No.: 18-24662-JAD<br><br>Chapter: 13<br><br>Hearing date: **Friday, September 20, 2019**<br>Hearing time: **11:00 AM**<br>Courtroom: **D**<br><br>Location: U.S. Bankruptcy Court, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**AMENDED NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING TO MOTION OF SELENE FINANCE, LP, AS SERVICER FOR ANTHIUM, LLC, ITS SUCCESSORS AND/OR ASSIGNS PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE, RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant has filed a Motion for relief from the automatic stay of 11 U.S.C. §362 ("Motion") on August 19, 2019 seeking an order terminating automatic stay that is affecting your rights or property commonly known as 4320 Stanley Street, Pittsburgh, PA 15207 (the "Property").

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 07, 2019** ( i.e. seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed

or if the hearing will go forward as scheduled.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one**

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **September 20, 2019**, at **11:00 a.m** before the Honorable Jeffery A. Deller, **Courtroom D, U.S. Bankruptcy Court, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. **An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response**.

Dated:   August 21, 2019                          Weinstein & Riley, P.S.

/s/ Lisa Cancanon
Lisa Cancanon
Bar ID: 323550
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
Facsimile: (206) 269-3493
Email: lisac@w-legal.com
Attorneys for Movant