# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** MARGARET ANN MANNION
**Case Number:** 18-24662-JAD     **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 29, 2019 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/30/19 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#15 - Final Confirmation of Plan Dated 12/27/2018 (NFC)
R / M #:  15 / 0

### *Appearances:*

Debtor: Geisler
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor: Anthium : Fuegi

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ___✓___ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. ___✓___ Contested Hearing: _____ at _____.
10. ___✓___ Other:

filing fees paid

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

8/20/2019  11:47:23 AM