# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In re:<br>MARGARET ANN MANNION<br>　　　　DEBTOR. | Case # 18-24662-JAD<br><br>Chapter: 13 |
| SELENE FINANCE, LP, AS SERVICER FOR ANTHIUM, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br>　　　　MOVANT.<br>v.<br><br>MARGARET ANN MANNION, DEBTOR; AND RONDA J. WINNECOUR, TRUSTEE<br>　　　　RESPONDENTS. | 11 U.S.C. § 362 |

## CERTIFICATE OF NO OBJECTION

I, Lisa Cancanon, Esq., declare as follows:

1.　I am an employee of Weinstein & Riley, P.S., counsel for Selene Finance, LP, as servicer for Anthium, LLC, its successors and/or assigns (hereafter called "Movant"), in the above entitled proceeding and am authorized to make this declaration on Movant's behalf. I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the matters stated herein.

2.　On August 19, 2019, Movant filed and served its Motion for Relief from Automatic Stay ("Motion") *see* Docket No.: 46, along with the Exhibits and Proposed Order by placing a copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or via electronic means as listed on the Certificate of Service (Docket No.: 48).

3.　On August 21, 2019, Movant filed and served the Amended Notice of Motion, Response Deadline And Hearing Date ("Notice of Motion") *see* Docket No.: 51, by a copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or via electronic means as listed on the Certificate of Service (Docket No.: 52).

4.　The Notice of Motion gave a clear notice that failure to file a response to the Motion by the deadline September 7, 2019 would result in relief being granted by default.

1

5. The deadline for Objections/Responses to the Motion expired on September 7, 2019. Neither Debtor, nor Trustee, nor any other party in interest filed an objection to the Motion (or that any response filed was subsequently withdrawn).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 9, 2019                                      Weinstein & Riley, P.S.

/s/ Lisa Cancanon
Lisa Cancanon
Bar ID: 323550
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
Facsimile: (206) 269-3493
Email: lisac@w-legal.com
Attorneys for Movant