**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Margaret Ann Mannion** | : | Case No. 18−24662−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 53 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 10th of September, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-24662-JAD
Margaret Ann Mannion                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Sep 10, 2019
                              Form ID: 309            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
```
db              +Margaret Ann Mannion,    4320 Stanley Street,   Pittsburgh, PA 15207-1121
cr              +Anthium, LLC,    2001 Western Avenue,   Seattle, WA 98121-2163
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
                 UNITED STATES OF AMERICA 15219-6101
cr              +Selene Finance LP, as servicer for Anthium, LLC, i,    c/o Weinstein & Riley, P.S.,
                 11101 West 120th Avenue #280,   Broomfield, CO 80021-2756
14969799         City and School District of Pittsburgh,    c/o Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14969800         County of Allegheny,    c/o Goehring, Rutter & Boehm,   14th Floor, Frick Building,
                 Pittsburgh, PA 15219
14969801         Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,   Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1900
14969802        +Jordan Tax Service,    102 Rahway Road,   Canonsburg, PA 15317-3349
14959167        +KML Law Group,    Suite 5000 - Mellon Independence Center,   Philadelphia, PA 19106-1541
14969803        +Peoples Natural Gas Company, LLC,    c/o S. James Wallace, Esquire,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14969804         Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter & Boehm,
                 14th Floor, Frick Building,   Pittsburgh, PA 15219
14995290        +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
                 Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: kburkley@bernsteinlaw.com Sep 11 2019 02:30:07     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14992265        +E-mail/Text: bkteam@selenefinance.com Sep 11 2019 02:29:33     Anthium, LLC,
                 c/o Selene Finance LP,   9990 Richmond Ave, Suite 400 South,   Houston, TX 77042-4546
14959166        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 11 2019 02:29:59
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th floor,
                 Coral Gables, FL 33146-1837
14959385        +EDI: PRA.COM Sep 11 2019 06:28:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14984113         EDI: AIS.COM Sep 11 2019 06:28:00      Verizon,   by American InfoSource as agent,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               SELENE FINANCE LP as servicer for Anthium, LLC
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    SELENE FINANCE LP as servicer for Anthium, LLC
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
```

```
District/off: 0315-2           User: jhel              Page 2 of 2              Date Rcvd: Sep 10, 2019
                               Form ID: 309            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

        Lisa Cancanon    on behalf of Creditor    SELENE FINANCE LP as servicer for Anthium, LLC lisac@w-legal.com

        Lisa Cancanon    on behalf of Creditor    Selene Finance LP, as servicer for Anthium, LLC, its successors and/or assigns lisac@w-legal.com

        Lisa Cancanon    on behalf of Creditor    Anthium, LLC lisac@w-legal.com

        Michael S. Geisler    on behalf of Debtor Margaret Ann Mannion m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 10