IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| MARGARET ANN MANNION, | : Bankruptcy No. 18-24662JAD |
| Debtor(s). | : Chapter 13 |
| ****************************************** | : |
| SELENE FINANCE, LP, as servicer for ANTHIUM, LLC, its successors and/or assigns, | : |
| Movant(s), | : Related to Doc. #46 and 55 |
| v. | : |
| MARGARET ANN MANNION and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : |
| Respondent(s). | : |

_____x

## ORDER

AND NOW, this **10th** day of **September**, 2019, IT IS ORDERED THAT the Motion For Relief From Automatic Stay filed at **Doc. #46** is DENIED WITHOUT PREJUDICE AS MOOT and the hearing scheduled for **September 20, 2019, at 11:00 AM is CANCELLED**.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Court Judge

**CASE ADMINISTRATOR TO MAIL TO:**
Parties of Interest

00027249

FILED
9/10/19 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Margaret Ann Mannion
    Debtor

Case No. 18-24662-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Sep 10, 2019
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
db          +Margaret Ann Mannion,   4320 Stanley Street,   Pittsburgh, PA 15207-1121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    SELENE FINANCE LP as servicer for Anthium, LLC
          bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
          cnoroski@grblaw.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Lisa Cancanon    on behalf of Creditor    Anthium, LLC lisac@w-legal.com
         Lisa Cancanon    on behalf of Creditor    SELENE FINANCE LP as servicer for Anthium, LLC
          lisac@w-legal.com
         Lisa Cancanon    on behalf of Creditor    Selene Finance LP, as servicer for Anthium, LLC, its
          successors and/or assigns lisac@w-legal.com
         Michael S. Geisler    on behalf of Debtor Margaret Ann Mannion m.s.geisler@att.net,
          msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                          TOTAL: 10