**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARGARET ANN MANNION

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:18-24662 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/02/2018 and confirmed on 04/09/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 500.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 109.95 | |
|   Trustee Fee | 24.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 133.95 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ANTHIUM LLC | 0.00 | 56.05 | 0.00 | 56.05 |
|     Acct: 9928 | | | | |
|   ANTHIUM LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9928 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORIT | 512.71 | 0.00 | 0.00 | 0.00 |
|     Acct: F135 | | | | |
|   ANTHIUM LLC | 29,331.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 9928 | | | | |
| | | | | 56.05 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARGARET ANN MANNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S GEISLER ESQ | 3,400.00 | 109.95 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-24662 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-JAD | | | | |
| ANTHIUM LLC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9928 | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (RE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 197.46 | 0.00 | 0.00 | 0.00 |
| Acct: 9298 | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,822.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0459 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 112.62 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEINSTEIN PINSON & RILEY PS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 366.05 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 1,310.00 | |
| SECURED | 29,844.26 | |
| UNSECURED | 2.132.93 | |

Date: 10/11/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com